```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DWIGHT NOEL,

                    Plaintiff,                    11 **CIVIL** 3147 (PAC)

      -against-                             **JUDGMENT**

CHASE INVESTMENT SERVICES CORP./
JP MORGAN CHASE BANK, CORRINNE
ROYE,
                    Defendants.
-------------------------------------------------------------X

      Defendants having moved to dismiss Noel's claims pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on October 24, 2011, having rendered its Opinion and Order granting defendants' motion to dismiss and closing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 24, 2011, defendants' motion to dismiss is granted; accordingly, the case is closed. The Court declines to exercise its supplemental jurisdiction over Noel's NYSHRL and NYCHRL claims. These claims are dismissed without prejudice.

**Dated:**  New York, New York
          October 24, 2011

                                                RUBY J. KRAJICK
                                                _____
                                                     Clerk of Court
                         BY:
                                                     Deputy Clerk

 

                                       **THIS DOCUMENT WAS ENTERED**
                                       **ON THE DOCKET ON** _____